IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                               CRIMINAL NO. 5:12-cr-9(DCB)(LRA)

STEPHANIE ODOMS,
HOWARD JACKSON, and
SHANDY DAVIS

<u>ORDER</u>

This cause is before the Court on the United States' Motion to Amend Indictment to Correct Scrivener's Error **(docket entry 55)**. The Court, having carefully considered the motion, finds it to be well taken. Accordingly,

IT IS HEREBY ORDERED that the United States' Motion to Amend Indictment to Correct Scrivener's Error **(docket entry 55)** is GRANTED, and the United States is allowed to correct the typographical error in Counts 2 through 4 referring to "Stephanie Odoms, aided and abetted by defendants, Howard Jackson and Shandy Davis," to "Shandy Davis, aided and abetted by defendants, Howard Jackson and Stephanie Odoms."

SO ORDERED, this the 11th day of March, 2013.

<u>/s/ David Bramlette</u>
UNITED STATES DISTRICT JUDGE