IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

VS. CRIMINAL NO. 5:12-cr-9(DCB)(LRA)

STEPHANIE ODOMS,
HOWARD JACKSON, and
SHANDY DAVIS

ORDER

This cause is before the Court on the United States' Motion to Strike Expert **(docket entry 54)**. In light of the defendants' announcement to the Court that they desire to change their pleas, and the cancellation of the trial,

IT IS HEREBY ORDERED that the United States' Motion to Strike Expert **(docket entry 54)** is MOOT.

SO ORDERED, this the 11th day of March, 2013.

/s/ David Bramlette
UNITED STATES DISTRICT JUDGE